# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| NEIBO TEAH, | ) |
| Petitioner, | ) |
| v. | ) 4:08-cv-01500-JFG-JEO |
| MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The petitioner, Neibo Teah, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. He asserts that he has been denied release pending repatriation to Liberia.

On December 4, 2008, the respondents filed a motion to dismiss the same as being moot, premised on the fact that the petitioner has now been deported to Liberia. (Doc. 7).

Because it is evident that the petitioner is no longer in custody, his petition for a writ of habeas corpus is due to be dismissed as moot.[1] An appropriate order will be entered.

DONE and ORDERED 8 December 2008.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.

---

[1] The declaration of Juan E. Peguero demonstrates that the petitioner was deported from the United States to his native country of Liberia on December 2, 2008.